```
VICTOR WILLIAM SCHROCK            CENTRAL SURGICAL ASSOC         GM CARD/HSBC
ANGELA KAY SCHROCK                1190 N STATE ST                P O BOX 5222
125 OAK RIDGE CIRCLE              STE 502                        CAROL STREAM, IL 60197
MADISON, MS 39110                 JACKSON, MS 39202


J THOMAS ASH                      CITIMORTGAGE                   GMAC
J THOMAS ASH                      P.O. BOX 6006                  P O BOX 9001951
P O BOX 13219                     THE LAKES, NV 88901            LOUISVILLE, KY 40290-19
JACKSON, MS 39236-3219


ADVANCED RECOVERY                 COGENT HEALTHCARE              HEALTHCARE FINANCIAL
972 HIGH ST                       P O BOX 973551                 643 LAKELAND E
JACKSON, MS 39202                 DALLAS, TX 75397               STE B
                                                                 JACKSON, MS 39232-9099


AEGIS SCIENCES CORP               COMMUNITY BANK                 HOME DEPOT
P.O. BOX 306061                   P O BOX 59                     P.O. BOX 6029
NASHVILLE, TN 37230               FOREST, MS 39074               THE LAKES, NV 88901


ALLIED INTERSTATE                 DISCOVER                       HORIZONS BILLING SERV
435 FORD RD                       P O BOX 30395                  643 LAKELAND DR
STE 800                           SALT LAKE CIT, UT 84130        JACKSON, MS 39232
MINNEAPOLIS, MN 55426


ARTHRITIS ASSOCIATES              DR. DAVID MCHENRY              JACKSON ANESTHESIA
OF MS                             971 LAKELAND DR                P O BOX 55448
1190 N STATE ST #302              STE 557                        JACKSON, MS 39296
JACKSON, MS 39202                 JACKSON, MS 39216


BANK OF AMERICA                   EMERGENCY MED ASSOC            JACKSON HEART CLINIC
P.O. BOX 851001                   P O BOX 16076                  P O BOX 5169
DALLAS, TX 75285                  JACKSON, MS 39236              JACKSON, MS 39296


BAPTIST HEALTH SYSTEMS            GASTROINTESTINAL ASSOC         JPA PATHOLOGY
P O BOX 23090                     P O BOX 23455                  P O BOX 55873
JACKSON, MS 39225                 JACKSON, MS 39225-3455         JACKSON, MS 39296


CARE CREDIT                       GENESIS RIDGELAND              LAKELAND RADIOLOGISTS
GE MONEY BANK                     227 HWY 51                     P O BOX 55589
P O BOX 981127                    RIDGELAND, MS 39157            JACKSON, MS 39296
EL PASO, TX 79998-1127
```

| | | |
|---|---|---|
| LAKELAND SURGICAL<br>971 LAKELAND DR<br>STE 1460<br>JACKSON, MS 39216 | OFFICE DEPOT<br>P O BOX 689020<br>DES MOINES, IA 50368 | WELLS FARGO<br>P.O. BOX 6426<br>CAROL STREAM, IL 60197 |
| MADISON MEDICAL IMAGIN<br>P.O. BOX 23697<br>JACKSON, MS 39225 | PHYSICIANS ANESTHESIA<br>P.O. BOX 3749<br>JACKSON, MS 39207 | WOMEN'S CLINIC<br>P.O. BOX 22663<br>JACKSON, MS 39225 |
| MADISON RADIOLOGICAL<br>GROUP<br>401 BAPTIST DR STE 105<br>MADISON, MS 39110 | RUTH FREDERICKS, MD<br>P.O. BOX 22670<br>JACKSON, MS 39225 | |
| MAE PHYSICIANS SURGERY<br>P.O. BOX 12673<br>JACKSON, MS 39236 | SEABROOK PAINT CO<br>5111 W MONUMENT ST<br>JACKSON, MS 39203 | |
| MEDICAL FOUNDATION<br>P O BOX 2121<br>MEMPHIS, TN 38159 | SHERWIN WILLIAMS<br>802 HWY 51<br>MADISON, MS 39110 | |
| MS DEPT OF EMPLOYMENT<br>SECURITY<br>P O BOX 23089<br>JACKSON, MS 39225 | ST DOMINIC<br>P O BOX 22670<br>JACKSON, MS 39225 | |
| MSMOC<br>1325 E FORTIFICATION<br>JACKSON, MS 39202 | TARGET<br>RETAILERS NATIONAL BAN<br>P.O. BOX 59317<br>MINNEAPOLIS, MN 55459 | |
| MUSCLE & NERVE PA<br>971 LAKELAND DR<br>STE 560<br>JACKSON, MS 39216 | TRINITY PAIN CLINIC<br>P.O. BOX 320759<br>FLOWOOD, MS 39232 | |
| NCO FINANCIAL<br>P.O. BOX 13584<br>PHILADELPHIA, PA 19101-3584 | TRUSTMARK<br>P O BOX 114<br>JACKSON, MS 39205-0114 | |