IN THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: VICTOR WILLIAM SCHROCK                    CHAPTER 7
and ANGELA KAY SCHROCK

CASE NO. 09-04149-ee

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

NOTICE IS HEREBY GIVEN, in accordance with Bankruptcy Rule 9010(b), that Patrick F. McAllister, Williford, McAllister & Jacobus, LLP, 303 Highland Park Cove, Suite A, Ridgeland, MS 39157-6059, as entered his appearance on behalf of Community Bank of Mississippi ("Community"), a creditor and party in interest in this case.

REQUEST IS HEREBY MADE on behalf of Community pursuant to 11 U.S.C. §1109(b) and Bankruptcy Rules 2002, 3017, and 9007, that its undersigned attorney be given and served with a true and complete copy of all notices given or required to be given in this case and all papers served or required to be served in this case, including but not limited to motions, applications, requests, petitions, complaints, pleadings, orders, judgments, disclosure statements, plans of reorganization, reports, and other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed in person or by mail, delivery, telephone, telegraph, telex or otherwise, which relate to or affect the above styled and numbered case.

Respectfully submitted,

COMMUNITY BANK OF MISSISSIPPI

BY:   WILLIFORD, McALLISTER & JACOBUS, LLP
      303 Highland Park Cove, Suite A
      Ridgeland, MS  39157-6059
      (601) 991-2000
      pmcallister@wmjlaw.com

BY: *Patrick F. McAllister*
    PATRICK F. MCALLISTER, MSB #2177

Document      Page 2 of 2

## CERTIFICATE OF SERVICE

I, Patrick F. McAllister, do hereby certify that I have this day served a true and correct copy of the above and foregoing Notice of Appearance by U.S. mail, postage prepaid, upon J. Thomas Ash, Esq., Derek A. Henderson, Trustee, and R. Michael Bolen, U. S. Trustee, via the Court's electronic filing system.

DATED: this the 9th day of December, 2009.

*Patrick F. McAllister*
PATRICK F. MCALLISTER